

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2016

No. 04-16-00334-CV

**IN THE INTEREST OF R.A.J.**, a Child,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-14957
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice
                 Jason Pulliam, Justice

On July 13, 2016, we dismissed this appeal for want of prosecution because Appellant had not paid for the record or responded to our June 16, 2016 order.

On July 20, 2016, Appellant filed a motion to reinstate the appeal. In it, she states she is fully prepared to pay for the record.

On July 25, 2016, we held Appellant's motion to reinstate in abeyance and ordered Appellant to show cause why her notice of appeal was not untimely. We noted that Appellant's notice of appeal states "[t]he judgment or order appealed from was signed on February 4, 2016, [and Appellant] filed a Motion for New Trial on March 3, 2016."

Appellant's notice of appeal was due on May 4, 2016, or a motion for extension of time to file a notice of appeal was due on May 19, 2016. *See* TEX. R. APP. P. 26.1(a), 26.3. *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but *within* the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]." (emphasis added)).

In her response to our July 25, 2016 show cause order, Appellant acknowledged the order she complains of was signed on February 4, 2016, she timely filed a motion for new trial, and her notice of appeal was filed on May 26, 2016. However, Appellant did not cite any authorities to show how this court has jurisdiction in this appeal.

Appellant's motion to reinstate this appeal is DENIED. *See* TEX. R. APP. P. 26.1; *Verburgt*, 959 S.W.2d at 617 ("[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction.").

It is so **ORDERED** on August 16, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court